

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARGEN MEDINA LOPEZ,

Petitioner,

v.

JEREMY CASEY, Warden Imperial
Regional Detention Center, et al.,

Respondents.

Case No.:  26-CV-3152 JLS (JLB)

**ORDER DENYING REQUEST FOR
ATTORNEY'S FEES WITHOUT
PREJUDICE AND DISMISSING
CASE**

(ECF No. 5)

On May 29, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), and Petitioner was released from custody (ECF No. 6). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 17.  In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records."  Order at 3.  Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

26-CV-3152 JLS (JLB)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  June 30, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-3152 JLS (JLB)